**FILED**
02/11/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States District Court | Clerk of the Court
Southern District of Indiana | Civil Office Division

In Re: The Complaint Of

Lee Evans Dunigan,
    Plaintiff,
v/
Nurse Sheri Wilson,
    Defendant

01-25-21

1:21-cv-00349-JRS-TAB

November 12, 2025
Madison County
Richard Latour
Richard Latour

[Notary Seal: RICHARD A LATOUR, NOTARY PUBLIC, MADISON COUNTY, STATE OF INDIANA]

## Complaint
### Count One

1. Comes now Lee Evans Dunigan, Esq., Pro Se, files Count One of Complaint against Nurse Sheri Wilson for Medical Malpractice, Denying A. Lee Evans Dunigan, sufficient treatment for Hepatitis A, breaching Constitutional Rights of Prisoners § 10.3 and States the following:

### Jurisdictional Averments

August 19, 2020 through January 12, 2021 and ongoing Plaintiff, Lee Evans Dunigan was knowingly denied treatment that is sufficient for Hepatitis A by Nurse Sheri Wilson at 4490 W. Reformatory Rd., Pendleton, Indiana, Madison County, Southern District of Indiana, United States of America

Page One

Evidence of Bad Faith

Dr. Martial Knieser asserted August 19, 2020 that I needed to be perscribed Epclusa but had refused to do so after I refused to consent to have my religious dermal removed. That is when the Defendant began to harrass me stating I have a Hepititis A desease because of a vaccine I had recieved over a year prior to August 19, 2020. Vaccines creates anti bodies (A.B) not the desease it's self (I.G.G).

Following the Defendant falsely documented I was seen in EMR records 09-02-20 & 09-20-20 on or about, and that blood was drawn for Hepititis A testing 09-02-20 I was quarantened and unable to have D Building on medical pass. 09-20-20 I was denied to be seen witnessed and logged by C.O. Foster.

10-16-20 the defendant stabbed me with a needle to draw blood 5 times and deliberately left the tube for Hepititis A testing empty. I attempted to report the assault.

The Defendant also denys me treatment for Hepititis C, further testing after my SGT (liver function) results were abnormal, treatment for Positive Coccii, Polymonuclear leykocytes which are signs of manigitis that causes brain damage and mental retardation, treatment for Sore

Page Three

### Standard of Review

Per Constitutional Rights of Prisoners § 10.3 a prisoner has a right to medical aid.

Per U.S. constitution, 8th Amendment a prisoner has a right to be free from the infliction of cruel and unusual punishment as guaranteed by Eighth Amendment right. Violation of Eighth Amendment rights has been found when there is an intentional denial of needed medical care.

Denial of treatment for an infectious communicable disease is plainly and clearly compromising my right to medical aid and my 8th Amendment right to be free from cruel and unusual punishment.

### Argument

Rhodes v. Chapman, 452 U.S. 337, 347, 101 S.ct. 2392, 2399, 69 L. Ed. 2d. 59 (1981) "Incarcerated persons are entitled to confinement under humane conditions which provide basic human needs."

Medicine and treatment for a dangerous infectious communicable Registered disease is unquestionably a basic human need for the carrier of the disease. There's absolutely no way for a medical professional

page five



2900 SPRINGPORT ROAD
JACKSON, MICHIGAN 49201
PHONE (517) 787-9200
FAX (517) 787-1249

"Exhibit A"

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| MUKONA, LOICE | DUNIGAN, LEE | M | 202008255765 | |
| FACILITY NO. | DOB | ACCOUNT NO. | DATE COLLECTED | DATE RESULTED |
| 6468 | 03/11/1991 | PRIS 14518710 | 08/13/2020 19:39 | 08/15/2020 10:00 |
| Indiana DOC<br>737 Moon Rd<br>Plainfield, IN 46168 | EMR ID | INMATE ID<br>282570 | | |

### Abnormals Summary

| | | | | | |
|---|---|---|---|---|---|
| NEUTROPHILS | 35.3 | LYMPHOCYTE | 56.1 | RED BLOOD CELLS | 5.90 |
| MCH | 25.9 | MPV | 12.7 | | |
| HEP B SURFACE AB | INDETERMINATE | | | | |
| HEP A IGG | POSITIVE | | | | |

| Test Description | Result | Abnormal Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|
| **CBC** | | | col: 08/13/2020 | | Status: F |
| PLATELET COUNT | 149 | | 140-400 | TH/CUMM | |
| WHITE BLOOD COUNT | 7.01 | | 4.0-10.0 | TH/CU MM | |
| ABSOLUTE NEUTROPHIL CT | 2.48 | | 1.56-8.10 | x10-3/uL | |
| NEUTROPHILS | 35.3 | L | 39-81 | % | |
| LYMPHOCYTE | 56.1 | H | 14-51 | % | |
| MONOCYTES | 6.4 | | 0-13.3 | % | |
| EOSINOPHIL | 1.6 | | 0-8 | % | |
| BASOPHILS | 0.3 | | 0-2 | % | |
| RED BLOOD CELLS | 5.90 | H | 4.41-5.51 | M/CU MM | |
| HEMOGLOBIN | 15.3 | | 13.5-17.5 | G/DL | |
| HEMATOCRIT | 48.1 | | 41-53 | % | |
| MCV | 81.5 | | 80-100 | FL | |
| MCH | 25.9 | L | 27-33 | PG | |
| MCHC | 31.8 | | 31-37 | G/DL | |
| RDW | 14.5 | | 11.0-14.5 | % | |
| MPV | 12.7 | H | 7.4-12.0 | FL | |
| **CMP** | | | col: 08/13/2020 | | Status: F |
| ALBUMIN | 5.1 | | 3.5-5.5 | G/DL | |
| ALK PHOS | 101 | | 53-128 | U/L | |
| TOTAL BILIRUBIN | 0.7 | | 0.2-1.2 | MG/DL | |
| BUN | 11 | | 7-18 | MG/DL | |
| CALCIUM | 9.6 | | 8.4-10.7 | MG/DL | |
| CHLORIDE | 103 | | 98-107 | MEQ/L | |
| CREATININE, SERUM | 0.95 | | 0.7-1.3 | MG/DL | |
| GFR (NON-AFR AMER) | 100 | | 60-300 | mL/MIN | |
| GFR (AFR AMER) | 121 | | 60-300 | mL/MIN | |
| GLUCOSE | UNABLE TO REPORT | | 70-105 | MG/DL | |

Director: Lorenz P. Kielhorn, MD

Printed: 08/25/2020 07:39        *Continued on Next Page*        Printed By: Dudley, Brenda     Pg: 1

United States District Court | Clerk of the Court
Southern District of Indiana | Civil Office Division

In Re: Count 2, Complaint of:

Lee Evant Dunigan,
　　　Plaintiff,

V.

Nurse Sheri Wilson,
　　　Defendant.

## Complaint
### Count Two

2. Comes now, Lee Evant Dunigan, Esq., Prose, files count 2 of Complaint against Nurse Sheri Wilson for Medical Malpractice, Denying I, Lee Evant Dunigan, sufficient treatment for Hepititis C, breaching Constitutional Rights of Prisoners § 10.3 and states the following

### Jurisdictional Averments

~~August 19, 2019~~ October 19, 2020 through January 25, 2021 and ongoing. Plaintiff, Lee Evant Dunigan was knowingly denied sufficient treatment for Hepititis C by Defendant, Nurse Sheri Wilson at 4490 W Reformatory Rd., Pendleton, Indiana, Madison County, Southern District of Indiana, United States of America

Page Seven

### Evidence of Bad Faith

The Defendant has been denying me treatment for Hepititis A at the time and following by also denying me treatment for Hepititis C. Just one Hepititis desease can cause liver failure and damages. The Defendant is knowingly denying me treatment for Two Hepititis deseases.

### Damages Caused

I'm forced to live with joint pain, stomach pain, fatigue, I've experienced blood in stool, my SGT (component of liver function) tested abnormal in October of 2020. Untreated Hepititis causes liver failure. To purchase a liver would cost $500,000 liver failure causes death. I'm suffering tremendously physically mentally and emotionally.

### Standard of Review

Per Constitutional Rights of Prisoners § 10.3 a prisoner has a right to medical aid.

Per the 8th Amendment a prisoner has a right to be free from the infliction of cruel and unusual punishment. Violation of Eighth Amendment right has been found when there is an intentional denial of needed medical care.

Page Nine

"Exhibit B"

Status: FINAL



**GARCIA LABORATORY**

2900 SPRINGPORT ROAD
JACKSON, MICHIGAN 49201
PHONE (517) 787-9200
FAX (517) 787-1249

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| WILSON, SHERI | DUNIGAN, LEE | M | 202010423008 | |
| FACILITY NO. 6465 | DOB 03/11/1991 | ACCOUNT NO. PRIS 14518710 | DATE COLLECTED 10/16/2020 20:49 | DATE RESULTED 10/26/2020 01:00 |
| Indiana DOC 4490 W Reformatory Rd Pendleton, IN 46064 | EMR ID | INMATE ID 282570 | | |

**Abnormals Summary**
HEP B SURFACE AB    INDETERMINATE

| Test Description | Result | Abnormal | Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|---|
| **HEP B CORE AB (TOT)** | | | | col: 10/16/2020 | | Status: F |
| HEP B CORE AB (TOT) | NEGATIVE | | | NEGATIVE | | |
| **HEP B SURFACE AB** | | | | col: 10/16/2020 | | Status: F |
| HEP B SURFACE AB | | INDETERMINATE | A | NEGATIVE | | INDETERMINATE |
| **HEP B SURFACE AG** | | | | col: 10/16/2020 | | Status: F |
| HEP B SURFACE AG | NEGATIVE | | | NEGATIVE | | NEGATIVE |
| **HEPATITIS C VIRUS RNA,QUANT** | | | | col: 10/16/2020 | | Status: F |
| HCV RNA, QUANT | <12 | | | 0-12 | IU/mL | |
| LOG HCV IU/mL | <1.08 | | | | | |

THIS PROCEDURE UTILIZES A REAL-TIME POLYMERASE CHAIN REACTION (PCR) TEST FROM ABBOTT MOLECULAR. THE AMPLIFICATION TARGET IS A CONSERVED REGION OF THE HCV GENOME. THE LOWER LIMIT OF QUANTITATION IS 12 IU/mL (1.08 LOG IU/mL) AND THE UPPER LIMIT OF QUANTITATION IS 100 MILLION IU/mL (8.00 LOG IU/mL).

THE QUALITATIVE LIMIT OF DETECTION IS 12 IU/mL (1.08 LOG IU/mL).

SPECIMENS REPORTED AS POSITIVE BUT <12 IU/mL CONTAIN DETECTABLE LEVELS OF HEPATITIS C RNA BUT THE VIRAL LOAD IS BELOW THE LIMIT OF QUANTITATION. A NEGATIVE RESULT DOES NOT RULE OUT INFECTION.

| HCV RNA QUAL | NEGATIVE | | | | | NEGATIVE |

Director: Lorenz P. Kielhorn, MD

-- End of Report --

Printed: 10/29/2020 12:48          Printed By: Goodson, Yvonne    Pg: 1



**GARCIA LABORATORY**

2900 SPRINGPORT ROAD
JACKSON, MICHIGAN 49201
PHONE (517) 787-9200
FAX (517) 787-1249

Status: FINAL

| ORDERING PHYSICIAN | NAME | SEX | ACCESSION NO. | CONTROL NO. |
|---|---|---|---|---|
| WILSON, SHERI | DUNIGAN, LEE | M | 202010423007 | |
| FACILITY NO. 6465 | DOB 03/11/1991 | ACCOUNT NO. PRIS 14518710 | DATE COLLECTED 10/16/2020 20:50 | DATE RESULTED 10/19/2020 12:00 |
| Indiana DOC 4490 W Reformatory Rd Pendleton, IN 46064 | EMR ID | INMATE ID 282570 | | |

| Test Description | Result | Abnormal Flag | Reference Range | Units | Prev Lab Res |
|---|---|---|---|---|---|
| CREATININE, SERUM | 0.95 | | 0.7-1.3 | MG/DL | 0.95 |
| GFR (NON-AFR AMER) | 100 | | 60-300 | mL/MIN | 100 |
| GFR (AFR AMER) | 121 | | 60-300 | mL/MIN | 121 |
| GLUCOSE | 90 | | 70-105 | MG/DL | UNABLE TO REPORT |

REFERENCE RANGES
FASTING DRAW: 70-105 mg/dl
RANDOM DRAW: DEPENDENT UPON TIME AND CONTENT OF LAST MEAL

| | | | | | |
|---|---|---|---|---|---|
| POTASSIUM | 4.1 | | 3.5-5.1 | MEQ/L | UNABLE TO REPORT |
| TOTAL PROTEIN | 7.4 | | 6.0-8.3 | G/DL | 7.9 |
| SODIUM | 142 | | 136-145 | MEQ/L | 136 |
| CARBON DIOXIDE | 27 | | 22-33 | MEQ/L | 25 |
| SGOT/AST | 14 | L | 15-40 | U/L | 20 |
| SGPT/ALT | 16 | | 7-45 | U/L | 16 |

**TSH-HIGH SENSITIVITY**   Col: 10/16/2020   Status: F

| TSH-HIGH SENSITIVITY | 2.540 | | 0.465-4.68 | uU/mL | |

**VITAMIN B 12**   Col: 10/16/2020   Status: F

| VITAMIN B 12 | 492 | | 180-914 | PG/ML | |

PLEASE NOTE NORMAL RANGE CHANGE 2/7/2019

Printed: 10/29/2020 12:48

Director: Lorenz P. Kielhorn, MD

-- End of Report --

Printed By: Goodson, Yvonne   Pg: 2

United States District Court | Clerk of the Court
Southern District of Indiana | Civil Office Division

In Re: Count 3, Complaint of:

Lee Evant Dunigan,
                Plaintiff,
v.
Nurse Sheri Wilson,
                Defendant.

## Complaint
### Count Three

3. Comes now, Lee Evant Dunigan, Esq., Pro Se, files Count 3 of Complaint against Nurse Sheri Wilson for Medical Malpractice, Denying I, Lee Evant Dunigan, treatment for Gram Stain: Polymorphonuclear Leukocytes, Rare Epithelial Cell, Many Gram Positive Cocci, Many Gram Negative bacilli, breaching Constitutional Rights of Prisoners § 10.3 and states the following:

### Jurisdictional Averments

October 16, 2020 through January 25, 2021 and ongoing. Plaintiff, Lee Evant Dunigan was knowingly denied treatment for above mention Gram Stain by Defendant, Nurse Sheri Wilson at 4490 W. Reformatory Rd. Pendleton, Indiana, Madison County, Southern District Indiana, U.S.D.

Page Eleven

"Exhibit C"

Report Status: Final - Courtesy Copy

DUNIGAN, LEE

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| DUNIGAN, LEE<br>DOB: 03/11/1991  AGE: 28<br>Gender: M<br>Phone: NG<br>Patient ID: NG | Specimen: JI796257V<br>Requisition: 3416183<br><br>Collected: 10/08/2019 / 08:30 EDT<br>Received: 10/08/2019 / 19:04 EDT<br>Faxed: 10/11/2019 / 16:02 EDT | Client #: 4221700    4500000<br>PERSON, MICHAEL E<br>QCC-TIPPECANOE COUNTY<br>2640 DUNCAN RD<br>LAFAYETTE, IN 47904-1045 |

Test Name                              In Range    Out Of Range   Reference Range                Lab

JI

```
CULTURE, ANAEROBIC BACTERIA W/GRAM STAIN

MICRO NUMBER:       90125376
TEST STATUS:        FINAL
SPECIMEN SOURCE:    PHARYNX
SPECIMEN QUALITY:   ADEQUATE
GRAM STAIN:         Few Polymorphonuclear leukocytes
                    Rare epithelial cells
                    Many Gram positive cocci
                    Many Gram negative bacilli

RESULT:             No anaerobes isolated.
```

JI

```
CULTURE, AEROBIC BACTERIA

MICRO NUMBER:       90125377
TEST STATUS:        FINAL
SPECIMEN SOURCE:    PHARYNX
SPECIMEN QUALITY:   ADEQUATE
RESULT:             A mix of non-predominating organisms of
                    questionable significance was recovered on culture
                    and not further identified. (Note: Growth did not
                    detect the presence of S. Aureus, beta-hemolytic
                    Streptococci or P. Aeruginosa).
```

**PERFORMING SITE:**
JI   MID AMERICA CLINICAL LABORATORIES, 2560 NORTH SHADELAND AVENUE, INDIANAPOLIS, IN 46219 Laboratory Director: TERENCE J. CUDAHY, MD, CLIA: 15D0665918

CLIENT SERVICES: 317.803.1010         SPECIMEN: JI796257V                                          PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

DUNIGAN-MR 00020

### Evidence of Bad Faith

The defendant has been denying me treatment for Hepititis A and Hepititis C knowingly.

The defendant refuses to perform any test related to the Gram Stain in light of evidence of infections. Precluding me from knowing if I have cancer, tumors, infected lungs, maningitis, brain damage, tuberculosis, ect...

### Damages Caused

I have large painful bumps on the back of my tongue that I am forced to live with. I'm forced to live with chest pain, I've occationally experienced memory loss, black marks are forming on my eyes, occationally I feel sharp pains from my urinary track. I'm suffering tremendously physically, mentally, and emotionally.

### Standard of Review

Per Constitutional Rights of Prisoners §10.3 a prisoner has a right to medical aid.

Per the 8th Amendment a prisoner has a right to be free from the infliction of cruel and unusual punishment. Violation of Eighth Amendment rights has been found when there is an intentional denial of needed medical care.

Page Thirteen

Conclusion of Count 3 & Demands
A) Injunction Relief of/thru Sheri Wilson
B) Restraining Order against Sheri Wilson
C) All other Relief the Court/Jury finds appropriate

Demand for Jury Trial
Jury Trial Demand by Plaintiff, Lee Evans Dunigan

Page fifteen