UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEE EVANS DUNIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-00349-JRS-TAB |
| ) | |
| SHERI WILSON, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**IT IS NOW ADJUDGED** that this action is **DISMISSED** with prejudice.

Plaintiff Lee Evans Dunigan is **BARRED** from filing any papers in this Court (with the exception of habeas cases and a Notice of Appeal) until he pays Two Thousand Three Hundred and Fifty-Five Dollars and Zero Cents ($2,355.00). After two years, Mr. Dunigan may seek modification or rescission of this order.

Date: 7/18/2022

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

LEE EVANS DUNIGAN
282570
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838